IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-00070-CMA-CBS

MATTHEW THOMSON,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC, a Delaware limited liability company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Plaintiff's Unopposed Motion to Dismiss with Prejudice (Doc. # 17), it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

DATED:  April  26 , 2013

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Court Judge